**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

EOS AIRLINES, INC.,                                    Chapter 11
                                                       Case No. 08-22581 (ASH)

        Debtor.


--------------------------------------------------------X
PETER MOCHNAL,

        Plaintiff,

      v.                                            ADV. PRO. 08-08279 (ASH)

EOS AIRLINES, INC.,

        Defendant.
--------------------------------------------------------X

## SETTLEMENT AGREEMENT

This settlement agreement (this "Agreement") is entered into by and among Eos Airlines, Inc., the Defendant in the above-captioned adversary proceeding and the debtor and debtor-in-possession in the above-captioned chapter 11 proceeding ("Eos", the "Debtor", or "Defendant"), Peter Mochnal, on behalf of himself and all similarly-situated current and former employees of Eos Servisair, LLC ("Plaintiff") and the Official Committee of Unsecured Creditors of Eos Airlines, Inc. (the "Committee" and together with the Debtor and Plaintiff, the "Parties") as of the date set forth below:

## RECITALS

**WHEREAS**, on April 26, 2008 (the "Petition Date"), the Debtor sought voluntary relief under Chapter 11 of the Bankruptcy Code before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case Number 08-22581-ASH (the "Bankruptcy Case"); and

**WHEREAS**, on May 8, 2008 the Office of the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee"); and

**WHEREAS**, the Debtor continues to operate and manage its business, as debtor-in-possession, pursuant to 11 U.S.C. §§ 1107 and 1108; and

**WHEREAS,** Plaintiff commenced the above-captioned adversary proceeding (the "Adversary Proceeding") on April 28, 2008, on behalf of himself and similarly situated employees of the Debtor, by filing his complaint (the "Complaint"); and

**WHEREAS**, by the Complaint, the Plaintiff alleges that Defendant violated various provisions of the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §§ 2101 *et seq.* (the "WARN Act"); and

**WHEREAS**, Defendant timely answered the Complaint on May 28, 2008 (the "Answer") and Defendant denies any violations of the WARN Act and/or asserts affirmative defenses that, if proved, would relieve Defendant of all liability under the WARN Act; and

**WHEREAS,** during a pre-trial conference on the Adversary Proceeding held on June 10, 2008 the Parties agreed to non-binding mediation of the issues raised by the Complaint and the Answer; and

**WHEREAS**, on July 9, 2008, counsel for the Parties undertook approximately nine (9) hours of mediation before  former Chief Bankruptcy Judge Melanie L. Cyganowski (the "Mediation Session"); and

**WHEREAS**, subsequent to the Mediation Session, the Parties continued to pursue settlement negotiations; and

**WHEREAS**, counsel for Plaintiff, on behalf of the Class (as defined herein), filed a contingent proof of claim (the "WARN Class Claim") on behalf of the Class asserting a claim on

behalf of the Class arising from the same causes of action asserted in the Complaint, which

WARN Class Claim has been designated as claim number 718 by the Debtor's claims and

noticing agent; and

> **WHEREAS**, counsel for Plaintiff filed proof of claim forms on behalf of approximately

124 former employees of the Debtor asserting, *inter alia*, claims arising out of the WARN Act

(the "Individual WARN Claims"), which Individual WARN Claims have been designated as

claims numbered 569 through 717 and 734 by the Debtor's claims and noticing agent; and

> **WHEREAS,** there appear to be significant, complex issues of both law and fact in

dispute between the Parties that would, absent consensual resolution, require extensive discovery

and litigation; and

> **WHEREAS**, the Parties desire to resolve the matters raised by the Complaint and the

Answer and claims asserted by Plaintiff and any and all employees included within the Class (as

that term is defined herein) consensually and according to the terms set forth below,

> **NOW THEREFORE**, in consideration of the foregoing recitals and the mutual promises

hereinafter contained, the Parties, intending to be fully bound, hereby stipulate and agree as

follows:

> 1.    <u>Definition of the "Class"</u> - The term "Class" shall mean: (a) all former United

States-based employees of the Debtor terminated on, or during the thirty (30) days prior to, April

26, 2008, *excluding* all former employees that voluntarily terminated their employment and all

former employees terminated for cause; (b) all former United States-based employees of the

Debtor terminated after April 26, 2008 *excluding* all former employees that executed a General

Release (each a "Release" and together the "Releases") in favor of the Debtor in connection with

the receipt of payments under the Debtor's non-insider incentive program approved by the

3

Bankruptcy Court on May 13, 2008 [Doc. 71]. The Debtor has provided counsel for the Plaintiff with sufficient information regarding all former employees of the Debtor employed during the thirty (30) days preceding April 26, 2008 and thereafter, and all former employees that signed a Release to determine the Class and the names of the Class members (the "Class Members") are included in attached Exhibit A.

2.      Certification of Class and Class Representative - Defendant and the Committee consent to certification of the Class, as defined herein, pursuant to Federal Rule of Civil Procedure 23 and Federal Rule of Bankruptcy Procedure 7023 and designation of Plaintiff as the Class representative (the "Class Representative").

3.      Designation of Class Counsel - Defendant and Committee consent to the appointment of the law firm of Outten & Golden LLP as counsel to the Class ("Class Counsel").

4.      Effective Date - This Agreement shall become effective (the "Effective Date") upon (a) certification of the Class, as defined herein, by the Bankruptcy Court; (b) entry of a final, non-appealable order of the Bankruptcy Court approving this Agreement or, if an appeal of such order is taken, no stay of the order is then in effect; and (c) certification to the Court by Class Counsel that not more than ten percent (10%) of the potential Class Members have opted out of the Class.

5.      Settlement Amounts - In full and complete satisfaction of all claims (as that term is defined under 11 U.S.C. § 105(5)) asserted in the Complaint and all alleged claims arising from or related to the WARN Act asserted in each of the WARN Class Claim and the Individual WARN Claims, the Class shall receive the following:

a.      Upon the Effective Date, the Class shall receive an allowed administrative claim pursuant to 11 U.S.C. § 502(b) in the amount of $350,000 (the

"Administrative Claim"), from which the Representative Payment (as defined herein) shall be paid and reimbursement of Class Counsel's expenses as approved by the Bankruptcy Court will be made; and

b.      Following the Effective Date, the Class shall receive 35.5% of funds available for distribution to holders of pre-petition general unsecured claims pursuant to a confirmed chapter 11 plan of reorganization or liquidation (a "Plan") in the Bankruptcy Case (the "Unsecured Claim" and together with the Administrative Claim, the "Settlement Proceeds").

6.      <u>Class Counsel Fees and Expenses</u> - Class Counsel may seek an order of the Bankruptcy Court allowing it compensation for all expenses, and fees of not more than one-third (33 1/3%) of the Settlement Proceeds (collectively "Class Counsel Fees"), payable exclusively from the Settlement Proceeds.  Upon order of the Bankruptcy Court approving such Class Counsel Fees, the Debtor or its successor under a Plan shall pay Class Counsel Fees as directed by Class Counsel contemporaneously with any distribution to the Class.  Class Counsel Fees shall not constitute an administrative expense of the Debtor's estate pursuant to 11 U.S.C. § 503(b).  The Debtor and the Committee agree that they shall not object to any fee application filed before the Bankruptcy Court by Class Counsel that is consistent with the provisions of this Agreement.

7.      <u>Class Representative Payment</u> - Plaintiff, as Class Representative, shall be entitled to a one-time payment of $15,000, payable from the Administrative Claim (the "Representative Payment").  The Debtor or its successor under any Plan shall distribute the Representative Payment and pay any local, state or federal tax obligation of the Debtor related to the payment of the Representative Payment and withhold all appropriate local, state and federal tax obligations,

garnishments and similar withholding obligations of Plaintiff.  The Debtor shall not be liable for any personal tax obligation of Plaintiff arising from or related to the distribution or receipt of the Representative Payment.

8.      Pro Rata Shares of Class Members - Distributions to individual Class Members shall be made on a pro rata basis, based upon each individual Class Member's average monthly gross wages or gross salary and all benefits under any employee benefit plan during the sixty (60) day period preceding the Petition Date (the "Back Pay"), *reduced by* gross wages or gross salary and all benefits under any employee benefit plan received by each Class Member from the Debtor on account of work performed on behalf of the Debtor after April 26, 2008 (the "Post Petition Pay").  The term "pro rata" as used herein shall mean the quotient of each individual Class Member's Back Pay less Post Petition Pay over the aggregate Back Pay for all Class Members (such amount being each Class Member's "Pro Rata Share").  The  formula for determining a Class Member's Pro Rata Share shall be as follows:

$$\text{Pro Rata Share} = \frac{\textbf{(Class Member Back Pay) - (Class Member Post Petition Pay)}}{\Sigma\textbf{(All Class Members' Back Pay)}}$$

By way of example only, assuming a Class Member whose Back Pay totals $1,000, who received $100 in Post Petition Pay, and aggregate Back Pay for all Class Members totals $100,000, such Class Member's Pro Rata Share would be [($1,000 - $100)/$100,000], or 0.90%. The Debtor or its successor under a Plan shall provide Class Counsel with a description of each Class Member's Pro Rata Share and the basis for such calculation prior to any distribution.   Any disputes between the Debtor, or its successor under a Plan, and Class Counsel regarding pro rata distribution shall be resolved by the Bankruptcy Court.

9.      Individual Class Member Distributions - Each individual Class Member shall be entitled to receive such Class Member's Pro Rata Share of distributions from the Settlement

Proceeds, net of Class Counsel Fees and the Representative Payment, to the extent not already

paid (a "Distribution").  The formula for each individual Distribution shall be as follows:

$$\text{Distribution} = [(\text{Pro Rata Share}) \text{x} (\text{Settlement Proceeds})]$$

By way of example only, if a Class Member's Pro Rata Share is 0.90% and the

Settlement Proceeds, net of Class Counsel Fees and the Representative Payment, to the extent

not already paid total $50,000, the Class Member would be entitled to 0.90% x $50,000, or $450.

10.    <u>Distribution of Settlement Proceeds</u> - The Representative Payment, Class Counsel

Fees and all Distributions to Class Members shall be made pursuant to, and in accordance with

the time set for distributions under the Debtor's confirmed Plan according to the priority granted

to each of the Administrative Claim and the Unsecured Claim hereunder.  The Debtor or its

successor under any Plan shall make Distributions of the Settlement Proceeds to the Class

Members and pay any local, state or federal tax obligation of the Debtor related to such

Distributions and withhold all appropriate local, state and federal tax obligations, garnishments

and similar withholding obligations of each individual Class Member receiving such

Distributions pursuant to this Agreement.  The Debtor shall not be liable for any personal tax

obligation of any Class Member arising from or related to the Distribution or receipt of the

Settlement Proceeds.  All Distributions shall be made to the last known address of any Class

Member according to the Debtor's books and records.

11.    <u>De Minimis Distributions</u> - The Debtor or any successor entity shall not be

obligated to make interim distributions to Class Members of less than $50.00 (the "De Minimis

Amount").  Upon each interim Distribution to the Class from either the Administrative Claim or

the Unsecured Claim, a Distribution of less than the De Minimis Amount to a Class Member

otherwise entitled to such a Distribution shall be reserved for the benefit of such Class Member

until such time as the aggregate amount of such Distributions to which a Class Member is

entitled to is in excess of the De Minimis Amount.  Notwithstanding the foregoing, no final

Distribution will be made to a Class Member if the aggregate of such Distributions to which a

Class Member is entitled to is less than $5.00, in which case all such amounts shall revert to the

Council for Senior Centers and Services of New York, New York, 49 West 45th St., 7th Floor,

New York, NY 10036.

     12.   <u>Release of Defendant and Related Parties</u> - Except for the rights and obligations

arising out of, provided for, or reserved in this Agreement, the Plaintiff and all other Class

Members, for and on behalf of themselves and their respective predecessors, successor, assigns,

affiliates and subsidiaries (collectively, the "Releasing Parties"), do hereby fully and forever

release and discharge the Debtor and its current and former shareholders and affiliated entities

and their respective officers, directors, shareholders, agents, employees, partners, members,

accountants, attorneys, representatives and other agents and all of their respective predecessors,

successors and assigns, and the Committee and all former or current members and attorneys

(each a "Released Party" and together the "Released Parties"), of and from any and all claims

and rights of any kind that arise from the allegations set forth in the Complaint or similar factual

allegations, the WARN Class Claim and the Individual WARN Claims, demands, debts,

liabilities, obligations, liens, actions and causes of action, costs, expenses, attorneys' fees and

damages of whatever kind or nature, at law, in equity and otherwise, whether known or

unknown, anticipated, suspected or disclosed, that the Releasing Parties may have as of this date

against the Released Parties arising out of the factual allegations raised in the Complaint or

similar factual allegations, the WARN Class Claim and the Individual WARN Claims, including,

those asserted by any individual Class Member, the WARN Class Claim, the Individual WARN

Claims and the Adversary Proceeding; *provided, however*, that claims filed by former employees that do not arise from or relate to the WARN Act, including, but not limited to, any claims arising from or related to pre-petition wages, salaries or benefits earned by former employees shall not be released hereby.  The Debtor expressly reserves the right to object to, offset or oppose any and all other claims, obligations or causes of action, of any type, except those claims allowed pursuant to this Agreement.

13.    <u>Class Members' Exclusive Remedy</u> - All claims of Class Members arising from or related to the WARN Act are to be paid pursuant to the terms of, and in accordance with, this Agreement.  This Agreement represents each Class Member's exclusive remedy as against any of the Released Parties for all claims or causes of action arising from or related to the WARN Act.  Accordingly, upon the Effective Date, no Released Party shall be subject to liability or expense of any kind to any Class Member with respect to any claim or cause of action arising from or related to the WARN Act, except as set forth in this Agreement and, as of the Effective Date, each Class Member shall be enjoined from instituting or maintaining any claim or cause of action arising from or related to the WARN Act against any Released Party in any state or federal court or any other forum.

14.    <u>Bankruptcy Court Approval</u> - The Parties shall jointly file a motion or motions seeking an order or orders of the Bankruptcy Court (a) certifying the Class; (b) appointing the Plaintiff as Class Representative; (c) appointing Class Counsel; (d) approving the form and manner of notice of the terms of this Agreement to potential members of the Class; and (e) approving this Agreement.  This Agreement is subject to and contingent upon approval by the Bankruptcy Court pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9019.   Failure of the Bankruptcy Court to approve this Agreement in its entirety, absent waiver by any affected

party, shall render this Agreement null and void and the Parties shall be restored to their

respective positions as if this Agreement had never been executed.

15.    <u>Opt Outs</u> - If any potential member of the Class, including Plaintiff, timely and

properly elects to opt out of the Class, that claimant's rights and obligations will not be affected

by this Agreement and that claimant will have the same rights and obligations as he or she would

have had if the WARN Class Claim and the Adversary Proceeding had never been filed and this

Agreement had never been executed.  Any potential member of the Class who elects to opt-out

shall not have an allowed claim against the Debtor by reason of this Agreement.  The Debtor

reserves all rights and defenses against any opt-out party.  Should potential Class Members in

excess of ten percent (10%) of the Class opt out, and absent waiver by each of the Parties, this

Agreement shall be voidable upon the election of any of the Parties and entry of an order of the

Bankruptcy Court voiding this Agreement and providing that the parties are restored to their

respective positions as if this Agreement had never been executed.

16.    <u>Deemed Approval of the Debtor's Plan of Reorganization or Liquidation</u> - By

entering into this Agreement, the Class will receive less than the amount asserted in the WARN

Class Claim and is, therefore, impaired under 11 U.S.C. § 1124.  Upon the Effective Date, all

Class Members shall be deemed to have approved the Debtor's Plan, provided that the treatment

of the Administrative Claim and Unsecured Claim and the distributions to Class Members and

Class Counsel under the Plan are consistent with the terms of this Agreement.  Should the Debtor

elect to provide a ballot to Plaintiff on behalf of the Class as a separate class pursuant to 11

U.S.C. 1122, Plaintiff hereby agrees to vote, and shall be deemed to have voted, in favor of the

Plan on behalf of himself and each member of the Class that fails to timely opt-out of the Class

pursuant to § 12 above, provided that the treatment of the Administrative Claim and Unsecured

10

Claim and the distributions to Class Members and Class Counsel under the Plan are consistent

with the terms of this Agreement.  If Plaintiff, on behalf of himself, the Class and each Class

Member, fails to timely submit such ballot in favor of the Plan, Debtor or the Committee shall be

authorized to submit such ballot on behalf of Plaintiff, the Class and each Class Member as

attorney in fact.

17.    No Admission of Violation of WARN Act or Liability - The execution of this

Agreement by the Debtor or the Committee, and any representations or statements made herein

by the Debtor or the Committee, shall not be construed as an admission of any violation of the

WARN Act or liability thereunder.  This Agreement shall not be admissible in any proceeding

arising from or related to any of the matters addressed herein, including, but not limited to, the

claims raised in the Adversary Proceeding or similar claims raised by parties other than the

Plaintiff or the defenses raised in the Answer.

18.    Attorneys' Fees - Except as provided for herein, each Party shall be responsible

for the payment of its own attorneys' fees and expenses, *provided, however* that the Debtor's

estate remains responsible for the payment of the Committee's attorneys' fees and reasonable

expenses.

19.    Assignees - This Agreement shall be binding upon and shall inure to the benefit of

the predecessors, successors and assigns of each of the Debtor, the Plaintiff, Class Counsel the

Class and the Committee.

20.    Governing Law and Jurisdiction - This Agreement shall be construed pursuant to

the laws of the State of New York and the United States Bankruptcy Code.  The Parties and the

Committee agree that the Bankruptcy Court shall have exclusive jurisdiction to resolve any

disputes arising from or related to this Agreement.  The Parties further agree that they shall not

11

commence or continue any contested matter, adversary proceeding, lawsuit or arbitration that
contests, disputes or is otherwise inconsistent with any provision of this Agreement.

21.    <u>Entire Agreement</u> - This Agreement sets for the entire agreement and
understanding between the Parties, Class Counsel and each Class Member as to the subject
matter hereof and supersedes all previous agreements and discussions between or among each of
the foregoing as to the matters herein addressed.

22.    <u>Counterparts</u> - This Agreement may be executed by two (2) or more counterparts,
each of which shall be deemed and original but all of which shall constitute one Agreement.
This Agreement may be executed on behalf of any of the Parties by counsel of record either in
the Bankruptcy Case or the Adversary Proceeding.  This Agreement may be executed by
facsimile or electronic mail and such facsimile or electronic mail signature shall be treated as an
original signature.

23.    <u>Joint Efforts/Drafting Party</u> - This Agreement has been prepared by the joint
efforts of counsel for each of the Parties.  Each and every provision of this Agreement shall be
construed as though each and every party hereto participated equally in the drafting hereof.  Any
rule or law that this Agreement be construed against the drafting party shall be inapplicable.

24.    <u>No Reliance</u> - Plaintiff and Class Counsel acknowledge and represent that they
have relied solely upon facts obtained from their own investigation and, as to Plaintiff, upon
advice of his own counsel, in executing this Agreement, and that they have not relied upon any
statement, promise or representation of any nature by the Debtor, the Committee or their
respective counsel.

25.    <u>Dismissal of Adversary Proceeding</u> - Upon the Effective Date, the Adversary
Proceeding shall be deemed dismissed with prejudice and Class Counsel shall file any necessary
paper or pleading to effectuate such dismissal within two (2) business days of the Effective Date.

26.    <u>Waiver</u> - The Parties may mutually waive any provision of this Agreement,
*provided, however* that such waiver must be in writing, delivered either by mail, courier,
facsimile or electronic mail.  A waiver of any provision of this Agreement will not constitute a
waiver of any other provision.  The Parties may modify or amend this Agreement only by a
written agreement that all of the Parties have signed, and subject to any necessary Bankruptcy
Court or other approval.

27.    <u>Headings</u> - Headings included in this Agreement have no independent meaning.


**[Signature Page to Follow]**

**STIPULATED AND AGREED TO BY:**

EOS AIRLINES, INC., as debtor and debtor-in-possession

PETER MOCHNAL, on behalf of himself and similarly situated former employees of Eos Airlines, Inc.

By: _Carolyn Gellett_

Name: Carolyn Gellett

Title: Chief Responsible Officer

Date: 8/29/08

By:_____

Name:_____

Title:_____

Date: _____

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EOS AIRLINES, INC.

By: _/s/ Robert A. Boghosian_

Name:  Robert A. Boghosian

Title:   Counsel to the Committee

Date:   August 29, 2008

**STIPULATED AND AGREED TO BY:**

EOS AIRLINES, INC., as debtor and debtor-in-possession

By: _____
Name:_____
Title:_____
Date: _____


PETER MOCHNAL, on behalf of himself and similarly situated former employees of Eos Airlines, Inc.

By:_____
Name:  René S. Roupinian
Title: Counsel to Plaintiff and the putative Class
Date:  August 29, 2008


THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF EOS AIRLINES, INC.

By: */s/ Robert A. Boghosian*_____
Name: Robert A. Boghosian
Title:   Counsel to the Committee
Date:   August 29, 2008

## Exhibit A

## Class Members

| Last Name | First Name | Address | City | State | Zip Code |
|-----------|-----------|---------|------|-------|----------|
| Adams | Josephine | 118-40 Metropolitan Aveue, Apt.#6L | Kew Gardens | NY | 11415 |
| Ahmed | Valia | 3028 44th Street, Apt. #2 | Astoria | NY | 11103 |
| Alfonso | Mario | 126-11 150th Ave. | South Ozone Park | NY | 11420 |
| Allred | Kim A | 124 Old Battery Road | Birdgeport | CT | 06605 |
| Alston | Phyllis | 100 Morgan Street, Apt. #104 | Stamford | CT | 06905 |
| Alves | Sonia | 142 Bablyon Turnpike | Merrick | NY | 11566 |
| Anderson | Fernanda | 4-75 48 Ave, #2213 | Long Island City | NY | 11109 |
| Anzel | Amy | 235 W 102nd St, Apt. #6g | New York | NY | 10025 |
| Arauz | Arellys | 756 40th St | Brooklyn | NY | 11232 |
| Arbeit | Rachel | 20 Hardscrabble Road | Sherman | CT | 06784 |
| Arbelaez | Ricardo | 35-63 89 Street Apt.6A | Jackson Heights | NY | 11372 |
| Askew | Justin | 311 RichardCourt | Pomora | NY | 10970 |
| Atchison | Theresa | 32 Island Green Court | Kingwood | TX | 77339 |
| Auz | Sasha | 81-11 45 Ave, Apt#2S | Elmhurst | NY | 11373 |
| Avila | Amavex | 141-28 84th Drive, Apt. L1 | Briarwood | NY | 11435 |
| Bacchus | Christine | 121-52 133rd Street | South Ozone | NY | 11420 |
| Baez | Jilian S | 731-51st Street | Brooklyn | NY | 11220 |
| Baig | Rosana | | | | |
| Bakirtzis | Arhontia | 61-47 165th Street | Fresh Meadows | NY | 11365 |
| Barone | Pasquale | 9102 Avalon Valley Drive | Danbury | CT | 06810 |
| Baxter | Melinda | 20 Spruce Street, Unit #3 | Stamford | CT | 06902 |
| Bellomusto | George | 8260 116th Street, Apt.#4C | Richmond Hill | NY | 11418 |
| Benitez | Anthony | 39 Center Avenue | Norwalk | CT | 06851 |
| Benton | Taheera | 810 Celeste Ln | Atlanta | GA | 30331 |
| Berger | David | 121 Madison Ave, Apt 7A | New York | NY | 10016 |
| Berry | Rubina | 96-56 235th Court 2nd Floor | Bellrose | NY | 11427 |
| Blymyer | Erika | 1965 S. Ocean Drive, Apt. #18N | Hallandale | FL | 33009 |
| Boney | Mercedes | 101-10 101 Ave, Basement Apt | Ozone Park | NY | 11416 |
| Boudar | Ahmed | 749 55th St. #R3 | Brooklyn | NY | 11220 |
| Boustead | Barry C | 5106 W Pleasant Rdge Road | Arlington | TX | 76016 |
| Bower | Nichole M. | 378 Washington Ave. | Beacan | NY | 12508 |
| Boyce | Cecilia | 9910 Seaview Ave, Apt 1G | Brooklyn | NY | 11236 |
| Boytsov | Igor | 8301 Bay PKWY Apt. 203 | Brooklyn | NY | 11214 |
| Bradshaw | Laureano | 305 Breach 69th Street | Far Rockaway | NY | 11692 |
| Brandi | Silvia | 1300 Midland Avenue, Apt #C70 | | NY | 10704 |
| Brion | Lawrence | 22 Mauweehoo Hill | Sherman | CT | 06784 |
| Brown | Michael | 11347 Ocean Blvd | Rye | NH | 03870 |
| Brown | Robert | 5504 Via Conego NE | Albuquerque | NM | 87111 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Brown | Cliff | 2017 Vermont View Drive | Watervliet | NY | 12189 |
| Bryant | Jeremy | 105 Robinwood Avenue | Hempstead | NY | 11550 |
| Brye | Courtney | 5205 Whinnery Road | Winona | OH | 44493 |
| Buck | Robert O | 173 Kneeland Hill | Waterbury Center | VT | 05677 |
| Budd | Peter G | 42 Murdock St | Huntington Statio | NY | 11746 |
| Burzynski | Jill | 65-49 Alderton St | Rego Park | NY | 11374 |
| Butler | Sara E | 1 Market Street, Apt 438 | Camden | NJ | 08102 |
| Caceres | George A | 150 Lake Street | White Plains | NY | 10604 |
| Cargo | Jamar | 9749 Orion Avenue | North Hills | CA | 91343 |
| Carrino | Maria | 906 Stevenson Road | Erlanger | KY | 41018 |
| Carter | Jagwendolyn | 1827 Prospect Dr, Apt D | Charlotte | NC | 28213 |
| Caruolo | Kristina | 6701 Good Hope Ch Rd | Cary | NC | 27513 |
| Cash | Kathy | 2706 Botany Ave | Sarasota | FL | 34239 |
| Casler | Warren M | 11840 Metropolitian, Apt. # 2c | Kew Gardens | NY | 11415 |
| Castro | Karen | 61-61 Dry Harbor Raod Apt 610 | Middle Village | NY | 11379 |
| Cavagnaro | Alyss | 1178 Oak Lane | Vineland | NJ | 08360 |
| Cavanagh | Michael | 209 Hillside Lane | Lindsay | TX | 76250 |
| Caylor | Edward | 579 Sagamore Avenue, Unitt 29 | Portsmouth | NH | 03801 |
| Centofanti-Powers | Donna G. | 34 Lincoln Ave. | Tarrytown | NY | 10591 |
| Cerosky | Joann | 104 Copper Beech Drive | Rocky Hill | CT | 06067 |
| Chan | Ahfan | 214 E 9th St Apt 2A | New York | NY | 10003 |
| Ciesielski | Sarah | 22 Waterview Estates | Peekskill | NY | 10566 |
| Cochran | Tonya R | 360 West 46th Street, Apt. 4 | New York | NY | 10036 |
| Cochrane | Lindsey | 400 Van Brunt St, Apt 3 | Brooklyn | NY | 11231 |
| Colabella | Elizabeth | 85 Park Lane | West Harrison | NY | 10604 |
| Conant | Joseph | 221 Newport Dr | Peachtree City | GA | 30269 |
| Connor | Lara | 4303 Gray Bluff Ct | Greensboro | NC | 27410 |
| Conte | Doreen | 255 Huguenot Street, Apt. #104 | New Rochelle | NY | 10801 |
| Cooksey | George D | 3105 Sunny Meadow Ct | Arlington | TX | 76016 |
| Corrado | Lauren | 34 Alder St. | Yonkers | NY | 10701 |
| Cotjanle | Ross | P.O. BOX 578 | Orange | CT | 06477 |
| Couch | Mark | P.O. Box 50591 | Indianapolis | IN | 46250 |
| Cox | Michael | 13219 Canyon Edge Trail NE | Albuquerque | NM | 87111 |
| Crombie | Amanda | 626 Willow Road | Naperville | IL | 60540 |
| Crow | Jeffrey | 3208 Pocasset Circle | Norman | OK | 73071 |
| Cruz | Francisco | 56 Broadmoor Lane | Westbury | NY | 11590 |
| Cruz | Alida | 751 Belmont Ave | Brooklyn | NY | 11208 |
| Cunningham | Tameka | 91 Ruby St. | Elmont | NY | 11003 |
| Daniels | David | 6707 Waggoner Dr. | Dallas | TX | 75230 |
| Dato | John A | 2454 Columbus Avenue | North Bellmore | NY | 11710 |
| D'Avignon | Robert | 10 West End Ave, Apartment 11G | New York | NY | 10023 |
| Davis | Suzanne | 142 Huntley Drive | Ardsley | NY | 10502 |
| De La Torre | Angella | 2125 Randall Ave. #7M | Bronx | NY | 10473 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| DeJesus | Neftali | 719 Woodvalley Way | Orlando | FL | 32825 |
| Del Piero | David | P.O. Box 7444 | Nashua | NH | 03060 |
| DeRosa | Anthony | 8928 Crest Ridge Dr. | Fort Worht | TX | 76179 |
| DeStefano | Vincent | 122 Benson Avenue | Sayville | NY | 11782 |
| DeWolf | David | 1668 Red Sox Run | Lilburn | GA | 30047 |
| Diaz | Riquida | 1635 Paine St. | Yorktown Heights | NY | 10598 |
| Diebold | Jacqueline | 221 Navesink Avenue | Highlands | NJ | 07732 |
| Dobroff | Marina | 235 East 95th Street, #8D | New York | NY | 10128 |
| DoMenico | Paloma | 96 Garfield Ave | Danbury | CT | 06810 |
| Donahue | Marilyn | 250 E. 236 St | Brooklyn | NY | 10420 |
| Dorsey | Shavon | 3320 Daingerifeld Drive | Raleigh | NC | 27616 |
| Douglas | Robert | 1441 Brandywine Road, Apt 800J | West Palm Beach | FL | 33409 |
| Douglas | Lincoln | 1561 Sheridan Ave, Apt. 25A | Bronx | NY | 10457 |
| Downey | William | P.O. Box 150 | Stanton | NJ | 08885 |
| Duncan | Ebony C. | 89-76 215th street | Queens Village | NY | 11427 |
| Duran | Diana | 572 W 141 St Apt 3B | New York | NY | 10031 |
| Durocher | Phillip | 7213 Lapin Cove | Austin | TX | 78739 |
| Ebaugh | Thomas | 156 Lexington Farm Road | Union | OH | 45322 |
| Emerson | Brian | 5901 E McKellips Rd, #109-421 | Mesa | AZ | 85215 |
| Enaganti | Sateesh | 94 Caleb Lane | Princeton | NJ | 08540 |
| Etwaroo | Ramona | 317 East 196th St | Bronx | NY | 10458 |
| Evans | Deborah | 661 Nereid Ave. | Bronx | NY | 10470 |
| Evertez | Neal | 6 Redwood Street | Enfield | CT | 06082 |
| Falandys | David | 32 New Street | Bayonne | NJ | 07002 |
| Fanton | Daniel | 130 Water Street FF6M | New York | NY | 10005 |
| Farmer | Leo | 5809 Oxford Drive | Tampa | FL | 33615 |
| Farnsworth | Paul | 125 High Manor Park | Vergennes | VT | 05491 |
| Fennessy | Mary | 149 Broadway | Keyport | NJ | 07735 |
| Fern | Charles | 3865 Dogwood Lane | Doylestown | PA | 18901 |
| Ferrell | Aisha | 1160 Brooklyn Ave | Brooklyn | NY | 11203 |
| Finder | Scott | 418 Humboldt St., #2 | Brooklyn | NY | 11211 |
| Fitzgerald | James T. | 1348 Forest Lane | Soutlake | TX | 76092-4121 |
| Fives | Paula R | 82 Frederick St | Belleville | NJ | 07109 |
| Franco | Stephanie | 176 Lincoln Road | Franklin Square | NY | 11010 |
| Freeman | Rebecca | 105 Fowler Drive | Athens | GA | 30601 |
| Gabriel-Regis | Leonard | 2 12th Street, #612 | Hoboken | NJ | 07030 |
| Gambuti | Shannon | 26 Spring St. | Goshen | NY | 10924 |
| Gantier | Claudia A | 20g Kensington Cir, Apt.# G | Garnerville | NY | 10923 |
| Garcia | Luis | 75 Wadsworth Terrace, Apt#B22 | New York | NY | 10040 |
| Garner | Seth | 165 E. 83rd Street, Apt 2F | New York | NY | 10028 |
| Gavin | Christine E | 65 Rumson Place | Little Silver | NJ | 07739 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| George | Thomas | 175 Northern Blvd | St. James | NY | 11780 |
| Ger | Kevin | 287 Bowman Ave. 4th Floor | Purchase | NY | 10577 |
| Gerlad | Jason | 1270 McDougal Green | Stillwater | MN | 55082 |
| Gianetti | Kate | 1384 Glenwood Ave. | Oneida | NY | 13421 |
| Giddens | Sonia Y | 13534 Utica St | Whittier | CA | 90605 |
| Glen | Emma | 40 Kentucky Street | Long Beach | NY | 11561 |
| Gomez | Eileen | 1764 Kimball St | Brooklyn | NY | 11234 |
| Gonzales | Brian | 4729 Mi Casa Ct | Fort Meyers | FL | 33901 |
| Gorrasi | Michael | 5 Palace Pl | Sandwich | MA | 02563 |
| Gray | Donald | 805 S. Peninsula Drive | Daytona Beach | FL | 32118 |
| Gray | Robert | 6908 Jessica Ct | N. Richard Hills | TX | 76180 |
| Green | Steven D | 159 Beartown Road | Underhill | VT | 05489 |
| Grey | Timothy | PO Box 234 | Somerset | MA | 02726 |
| Guzy | Leanne | 25223 Town Walk Dr | Hamden | CT | 06518 |
| Halisky | Amy | 57 Ridgewood Drive | Pleasantville | NY | 10570 |
| Hamillton-Rome | Real | 665 Thwaites Place, 6F | Bronx | NY | 10467 |
| Hanif | Hussam | 29 Basket Lane | Hicksville | NY | 11801 |
| Hans | Deborah L. | 114 Clock Shop Drive | Berlin | CT | 6037 |
| Hanson | Stephanie | 6193 Rocky Fork Drive #75 | Burlington | KY | 41005 |
| Hargrove | Aliyah | 6 Lambeth Road | Burlington | NJ | 8016 |
| Hatzitsopani | Steven | 41-83 Denman St. | Elmhurst | NY | 11373 |
| Heimer | Ralph | 109 Wildwood Avenue | White Bear Lake | MN | 55110-1624 |
| Herron | Jerry L | 2089 Mahre Drive | Park City | UT | 84098 |
| Hickman | Mary Danner | 350 E. 30th Street Apt #1M | New York | NY | 10016 |
| HIgdon | Fay | P 0 Box 596 | Florham Park | NJ | 7932 |
| Holden | William Gregg | 140 Kirkland Road | Easton | PA | 18040 |
| Holland | Nubeia | 61 Hapsburg Place | Hempstead | NY | 11550 |
| Hollenbeck | Brian | 5262 Northeast Fifth Ave | Miami | FL | 33137 |
| Holmstrn | Karl | 71 Lovell St | Lincolndale | NY | 10540 |
| Horne | Danielle | 10 Hill St. #14M | Newark | NJ | 7102 |
| Hsieh | Tse-Chih | 101 E. Shearwater Ct, Apt #14M | Jersey City | NJ | 7305 |
| Huczko-Vasquiez | Anna | 883 Lafayette Ave Apt 3 | Brooklyn | NY | 11221 |
| Hunger | Russell | 207 Country Ridge Rd. | Scarsdale | NY | 10583 |
| Hutchins | Joshua | 10 Sarah Court | Deer Park | NY | 11729 |
| Iasso | Karmln | 34L Madison Park Gardens | Port Washington | NY | 11050 |
| Ierullo | Bobbi | 100-8 Pebble Beach Ct | Beaver | PA | 15009 |
| Inzany | MIchelle | 630 Pugsley Avc Apt 7A | Bronx | NY | 10473 |
| Janick | Catherine | 83-43 11 8th St Apt 2K | Kew Gardens | NY | 11415 |
| Jeffery | David | 3 1-38 36th Strcct, Apt I -R | Astona | NY | 11106 |
| Jenklns | Valene | 145-62 220th Street | Rosedale | NY | 11413 |
| Johnson | Stephen | 9040 Falls Hollow Road | Rogers | AR | 72756 |
| Johnson | Noel | P.O. Box 2872 GCS | New York | NY | 10163 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Johnson | Cherika N. | 351 Parkway Homes Road | White Plains | NY | 10603 |
| Jones | James | 1031 Tal Lewis Road | White Plains | GA | 30678 |
| Jooste | Benjamin | 18 Conselyea Street, Apt 8 | Brooklyn | NY | 11211 |
| Jordan | Jonathan | 65 Plymouth St | Cambridge | MA | 02141 |
| Jose | Ademar | 7238 Madarang Ave | Las Vegas | NV | 89178 |
| Kakai | Evelyn | 45 Kew Gardens Road, Apt 5b | Kew Gardnes | NY | 11415 |
| Karl | Steven | 134 Baltic Street Apt. 5b | Brooklyn | NY | 11201 |
| Kelly | Kevin | 43 Cayuga Ave | Oceanport | NJ | 07757 |
| Kelly | Roselyn | 33 Maple Hill Road | Valhalla | NY | 10595 |
| Khalil | Afeef | 434 Dunellen Ave | Dunellen | NJ | 08812 |
| Kim | Laina | 8802 N. Osceola Ave | Morton Grove | IL | 60053 |
| Kirkorian | Oana | 43-42 45th Street, Apt.#6j | Long Island City | NY | 11104 |
| Klauss | John | 592 Deer Run Road | New Bern | NC | 28562 |
| Kobolakis | Evangelos | 34 Kinderkamack Road | Woodcliff Lack | NJ | 07677 |
| Komack | Adam | 1385 York Avenue, Apt. 31f | New York | NY | 10021 |
| Kozaci | Tuba | 5710 Demitrios Way | Avon | NY | 14414 |
| Kroll | Gregory J | 1644 Mears Ave | Cincinnati | OH | 45230 |
| Krott | Andrew | 9901 Huntersrun Kane | Cincinnati | OH | 45242 |
| Krueger | Norman | 17903 Lost View Road | Dallas | TX | 75252 |
| Kruger | Julie | 123-33 83rd Avenue, Apt 1407 | Kew Gardens | NY | 11415 |
| Kruggel | Martin | 61-10 Flushing Ave, Apt. #3f | Maspeth | NY | 11378 |
| Kwasniak | Damian | 51 Orchard Street | Garfield | NJ | 07026 |
| Ladas | Kevin | 10702 Howe Road | Fishers | IN | 46038 |
| Landolt | Gregg | 7483 River Road | Hebron | KY | 41048 |
| Lang | Thomas | 333 E. 43rd St, Apt 1016 | New York | NY | 10017 |
| Lanteigne | Ashley | 28-21 35th St., #1R | Astoria | NY | 11103 |
| Lareche | Kervin | One Autumn Lane | Amityville | NY | 11701 |
| Larusso | Sarah | 8 Strawberry Lane | Greenwich | CT | 06831 |
| LaVarco | Dominick | 60 Elm Road | Caldwell | NJ | 07006 |
| Lebowitz | Nuvi | 1853 Central Pk Ave | Yonkers | NY | 10710 |
| Lee | Joseph B. | 8260 116th St. #DD5 | Richmond Hill | NY | 11418 |
| Lezma | Liz | 129 Brooklyn Avenue | North Bablyon | NY | 11704 |
| Liberatore | Carol | 4013 Stone Bluff Ct | Greensboro | NC | 27410 |
| Lindstedt | Olof | 140 Field Point Road | Greenwich | CT | 06830 |
| Lipscomb | Amal | 38-09 20th Rd Apt 2 | Astoria | NY | 11105 |
| Lloyd | Jessica | 497 Maple St. Apt #3 | Brooklyn | NY | 11225 |
| Loar | Jennifer | 3509 Normandy, #5 | Dallas | TX | 75205 |
| Long | Jeanette | Hc1 Box 1210 | Blakeslee | PA | 18610 |
| Long | Heather | 478 Larsen Ranch Lane | Sandpoint | ID | 83864 |
| Long | Paul | 478 Larsen Ranch Lane | Sandpoint | ID | 83864 |
| Lopez | Priscilla | 209 Matawan Ave | Matawan | NJ | 7747 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Lozano | Matthew | 63-60 102nd Street, #c-10 | Rego Park | NY | 11374 |
| Lyons | Mark E | 315 East 88th Street, Apt# 2e | New York | NY | 10128 |
| Mais | Farrah | 361 Parkview Ave., Apt. 1G | Yonkers | NY | 10710 |
| Malizia | Erica | 231 North Middletown Rd. Apt.F | Pearl River | NY | 10965 |
| Mangahas | Kristina | 5885 Alington Bend Drive | Las Vegas | NV | 89139 |
| Martin | Thomas P | 10963 N. 126th Way | Scottsdale | AZ | 85259 |
| Martinez | Patricia | 87-35 143rd Street | Brairwood | NY | 11435 |
| Martinez | Carlos J | 600 West 204th St, #22 | New York | NY | 10034 |
| Massimo | Mirra | 1 Ivy Court | Old Bridge | NJ | 08857 |
| McBride | Aurore | 1448 NE 177th St | North Miami Beach | FL | 33162 |
| McCarthy | Mark | 10 Denison Lane | Terrace Park | OH | 45174 |
| McChesney | Denise L. | P.O. Box 5018 | Quogue | NY | 11959 |
| McCray | Sandra R. | 170-42 130th Avenue, 11A | Springfied Gardens | NY | 11434 |
| McDowell | Kelly | 819 Surf Street | Lindenhurst | NY | 11757 |
| McGrath | Michael P. | 16 Cobblestone Drive | Orchard Park | NY | 14127 |
| McLean | Patricia | 8801 Shore Road Apt# 6e South | Brooklyn | NY | 11209 |
| Melidoni | Kenneth | 1193 1 E Christopher Lane | Scottsdale | AZ | 85255 |
| Menkes | Andrew W | 127 Hickory Corner Road | East Windsor | NJ | 08520 |
| Merchant | Simone D | 2209 East 26 Street | Brooklyn | NY | 11229 |
| Midkiff | Mary Margaret | 44 Highview Ave | Stamford | CT | 06907 |
| Mindur | Janet | 8104 Tamarron Drive, at Prinston Meadows | Plainsboro | NJ | 08536 |
| Mochnal | Peter | WORK: Air Partner Inc 415 Madison Avenue | New York | NY | 10017 |
| Monetti | Raffaele | 1411 Kimberly Drive | Warrensburg | MO | 64093 |
| Monna | Jennifer | 47 Chiswick Dr. | Churchville | NY | 14428 |
| Montemarano | David | 30-99 43rd Street, Apt 4R | Astoria | NY | 11103 |
| Mora | Jonnathan | 134-14 Franklin Avenue, Apt #2R | Flushing | NY | 11355 |
| Morey | Donna | 104 Cornwall Meadows Lane | Patterson | NY | 12563 |
| Morgan | Andrew | 1345 Roswell Street | Smyrna | GA | 30080 |
| Morgan | Jennifer | 1179 Ott Lane | Merrick | NY | 11566 |
| Moses | Benny | 171 Maple Street | Brooklyn | NY | 11225 |
| Moundros | James | 96-09 66th Ave | Rego Park | NY | 11374 |
| Mullvain | Steven L. | 13750 Belleterre | Alpharetta | GA | 30004 |
| Munro | Lynne | 6 Waverly Place | Valley Stream | NY | 11580 |
| Murray | Anthony J. | 296 Windsor Pkwy | Hempstead | NY | 11550 |
| Myers | Ellyn | 14 Fairfield Avenue | Westport | CT | 06880 |
| Myles | Jason | 31-38 36th Street, Apt. #1R | Astoria | NY | 11106 |
| Nauman | Charles | 11411 Adventur Hill Lane | Chesterfield | VA | 23838 |
| Navarro | Richard | 7927 Bruthe Street | New Orleans | LA | 70118 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Nellore | Anandi | 15 Harrison Ave #44E | Amityville | NY | 11701 |
| Nelson | Gina Page | 36 Janet Place | N. Woodmere | NY | 11581 |
| Nelson | Holly | 144 Brushy Ridge Rd. | New Canaan | CT | 06840 |
| Nequin | Timothy | 3304 North Broadway #249 | Chicago | IL | 60657 |
| Nga | Karying | 467 Troutman St., Apt #11 | Brooklyn | NY | 11237 |
| Nielsen | Genna R. | 5007 Richmond Ave. | Blasdell | NY | 14219 |
| Nieves | Christina | 114-22 124th Street 2nd Floor | South Ozone Park | NY | 11420 |
| Nofsinger | Kirk | 5698 Bay Meadows | Frisco | TX | 75034 |
| Oates | Eric | 13-06 11th St | Fair Lawn | NJ | 07410 |
| O'Dell | Colleen | 161 North Landing Road | Rochester | NY | 14625 |
| O'Keefe | Jennifer L | 40 Kentucky St | Long Beach | NY | 11561 |
| Oldt | MaryRose | 2626 Livingston St | Allentown | PA | 18104 |
| Oliphant | Brad | P.O. Box 7112 | New York | NY | 10150 |
| Oliveros | Jeanna | 1 Old Mamaroneck Rd, Apt.#3-B | White Plains | NY | 10605 |
| Orr | Jane J | 532 West Broadway | Newton | KS | 67114 |
| Oswald | Jim | 108 Magdelena Drive | Union | OH | 45322 |
| Pandey | Shruti | 101 West End Avenue, #9B | New York | NY | 10023 |
| Pascal | Cindy | 745 E92nd Street | Brooklyn | NY | 11236 |
| Pastorini | Tracey | 836 Manhatten Avenue | Township Of Washington | NJ | 07676 |
| Pavlis | Alex | 4042 152nd Court West | Rosemont | MN | 55068 |
| Pegna | Leslie | 4201 Monterey Oaks Blvd. #1003 | Austin | TX | 78749 |
| Pettigrew | Giselle | 657 Hungtington Dr | Cranberry Twp | PA | 16066 |
| Pickett | Tiffany | 25629 Larkins | Southfield | MI | 48033 |
| Pinnock | Paul | 203 Lake Pointe Drive, #207 | Ft. Lauderdale | FL | 33309 |
| Pinyan | Gregory | 23 Ridgeview Ave | Darien | CT | 06820 |
| Pisarchik | Robert | 4 Staples St | Danbury | CT | 06810 |
| Place | Heather L | 440 Smith Mill Road | Newark | DE | 19711 |
| Placido | Yania | 97 Derby Drive | Riverdale | GA | 30274 |
| Pohlmeyer | Jack | 2051 Berkshire Club Drive | Cincinnati | OH | 45230-2428 |
| Pomales Quinones | Damaris | 111-05 110th Street | South Ozone Park | NY | 11420 |
| Popp | Myra | 825 SE 39th Ave | Ocala | FL | 34471 |
| Prince | Jessica | 27 Kenmore Street | Yonkers | NY | 10710 |
| Purcey | Gordon | 4339 Highlander Drive | Dallas | TX | 75287 |
| Rancourt | Dean | 1602 White Cedar Blvd | Portsmouth | NH | 03801 |
| Ransom | Monquita | 188 Beach 74th Street, Unit B | Arverne | NY | 11692 |
| Raphael | Stephen | 5206 Normandy Drive | Colleyville | TX | 76034 |
| Reitzig | Harold | 2516 Easton Tpke | Waymart | PA | 18472 |
| Riccardo | Valeria | 72-01 113th St | Forest Hills | NY | 11375 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Richardson | Charles | 1209 Old Bridge CT | McKinney | TX | 75070 |
| Rinaldi | Christopher | 8 Omaha Road | Marlton | NJ | 08053 |
| Rivera | Maribel | 1410 Metropolitan Ave. #7E | Bronx | NY | 10462 |
| Robison Soo-Tho | Rusty | 2432 Hicks Dr | Selma | CA | 93662 |
| Robitaille | Heather | 269 Three Mile Road | Glastonbury | CT | 06033 |
| Rose | Birgit | 48B Lawrence Avenue | Bedford Hills | NY | 10507 |
| Ruebensaal | Cindy | 597 North Carpenter Road | Brunswick | OH | 44212 |
| Salhi | Hinda | 12136 St Andrews place, #204 | Miramar | FL | 33025 |
| Sambol | Cassandra | 367 Center Grange Rd | Monaca | PA | 15061 |
| Sanchez | Paola | PO Box 740-586 | Regol Park | NY | 11374 |
| Santiago | Joseph | 110 S. Regent Street | Port Chester | NY | 10573 |
| Scharf | Eric | 10714 Garden Lily Drive | Orlando | FL | 32832 |
| Scheidet | Athena | 5700 Arlington Ave, Apt. #6E | Riverdale | NY | 10471 |
| Schlanek | Paul | 57 Cherokee Road Apt 23 | YONKERS | NY | 10710 |
| Schmidt | Kurt J | 2102 Kensington Blvd | Fort Wayne | IN | 46805 |
| Schnaak | Robert | 1102 Umstead Hollow Place | Cary | NC | 27513 |
| Schneider | Paul | 414 Ward Street | Seattle | WA | 98109 |
| Schoenecker-Gioffre | Anthony | 164 Daltree Court | Marietta | GA | 30068 |
| Schur | Robert | 34 Pheasant Lane | Lamoine | ME | 04605 |
| Scott | Karole | 4330 Alan Shepard Avenue | Cocoa | FL | 32926 |
| Seales | Gary | 617 Maltese Drive | Atlanta | GA | 30349 |
| Searles | Tracy | 4400 Raven Pt | High Ridge | MO | 63049 |
| Sebestyen | Csilla | 30 Victory Street, Apt 3B | Stamford | CT | 06902 |
| Semmler | Sarah | 500 W 56th Street | New York | NY | 10019 |
| Shaffee | Tariq | 93-25 207th Street | Queens Village | NY | 11428 |
| Shim | Cecilia | 712 Rellim Drive | Old Bridge | NJ | 08857 |
| Sidarov | Adrian | 64-03 102nd Street, 3rd Floor | Rego Park | NY | 11374 |
| Silkowski | Stanley | 7 Meadow Avenue West | Bronxville | NY | 10708 |
| Silver | Ellen | 3WC Handy Pl. | Yonkers | NY | 10710 |
| Simone | Claudia | 23-15 29th Street | Astoria | NY | 11105 |
| Skoff | Nicole | 26 W 75th Street, Apt #5A | New York | NY | 10023 |
| Skoglund | Sara | 41 A Dolsen Place | Stamford | CT | 06901 |
| Smith | Alisa | 123-33 83rd Avenue, Apt 1407 | Kew Gardens | NY | 11415 |
| Smith | Katie | 83 Locust St | Floral Park | NY | 11001 |
| Smith | Douglas | South Hero Island 237 East Shore North | Grand Isle | VT | 05458 |
| Smock | Brett | 100 West 94th Street, Apt. #14d | New York | NY | 10025 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Solis | Maritza | 30-22 84th Street | Jackson Heights | NY | 11372 |
| Solorzano | Barbara | 124-18 103rd Ave | Richmond Hill | NY | 11419 |
| Sosa | Pedro | 24-32 90 Place | East Elmhurst | NY | 11369 |
| Souhala-Ahmed | Sasha | 63 Long Tree Lane #6 | Moriches | NY | 11955 |
| Spurlock | David J | 8 Patricia Lane | Cos Cob | CT | 06807 |
| Stapelmann | Jami | 173 Hicks Street, Apt 5C | Brooklyn | NY | 11201 |
| Steele | Mark | 19940 E. Little John Road | Stockton | CA | 95215 |
| Stockie | Erin | 943 Pacific St. Unit 2 | Brooklyn | NY | 11238 |
| Stone | James | 4819 Last Stand Drive | Park City | UT | 84098 |
| Stump | Julie | 200 W 84th Street #5A | New York | NY | 10024 |
| Sultzbach | Robert | 8965 Old Legend Court | Cincinnati | OH | 45249 |
| Sztanyo | Mark | 8148 Heatherwood Dr | Florence | KY | 41042 |
| Targosz(former name Riddell) | Nikki | 605 Madison Street #3 | Brooklyn | NY | 11221 |
| Taylor | Marcia | 1423 Timberlane Drive | Portage | MI | 49024 |
| Terebesi | Ronald | 91 Dogwood Dr | Easton | CT | 06612 |
| Thoden | Lori | 25287 Diligence Ct | Aldie | VA | 20105 |
| Thomas | Natalie | 723 S. 4th Ave. | Mt. Vernon | NY | 10550 |
| Thomas | Richard | 2906 Valleyview Drive | Grapevine | TX | 76051 |
| Tobin | Theresa | 14519 Tabago Bay Dr. | Winter Garden | FL | 34787 |
| Togno | Anthony | 21 Putname Road | Monmouth Junction | NJ | 08852 |
| Torrecilla | Silvia | 585 Windflower Ct | Morganville | NJ | 07751 |
| Torres | Keith | 94-1501 Southfield Ave | Stamford | CT | 06902 |
| Toupin | Zachary | 1500 Bay Road Apt 754 | Miami Beach | FL | 33139 |
| Tracey | Claire | 101 Blauvelt Road | Blauvelt | NY | 10913 |
| Trahey | Roxanne | 73 Ferry Court | Stratford | CT | 06615 |
| Trovato | Richard | 121 Swordfish Road | Manahawkin | NJ | 08050 |
| Turnipseed | Harold J | 37 Horseshoe Path | Pawling | NY | 12564 |
| Tynes | Christopher | 611 Pennsylvania Ave, So East #185 | Washington | DC | 20003 |
| Valentine | Brian | 85 Washington St, Apt #401 | East Orange | NJ | 07017 |
| Vaudran | Bridget A. | 111-32, 76 Ave, Apt #4E | Forest Hills | NY | 11375 |
| Veteri | Paul | 130 Jackson Avenue | Pelham Manor | NY | 10803 |
| Villamizar | Maria | 64-10 80th Avenue | Glendale | NY | 11385 |
| Villaume | Mark | 733 Morrill Street | Gilford | NH | 03249 |
| Voight | Heidi | 258 Point Beach Drive | Milford | CT | 06460 |
| Wadlington | Janessa | 2555 Flat Shoals Rd., Unit 3606 | College Park | GA | 30349 |
| Walcott | Akido | 921 Washington Ave, Apt. #2e | Brooklyn | NY | 11225 |
| Walker | Doris L | 128 Virginia Avenue | Carlisle | PA | 17013 |
| Walters | Ronald T | 2016 Harbourside Dr.#322 | Longboat Key | FL | 34228 |
| Wegel | Susan | 306 Ceder Lane | New Canaan | CT | 06840 |
| West | Stuart | 1136 Astoria Lane | Peachtree | GA | 30269 |
| Whitford | Jeffrey | 9505 Nesbit Lakes Drive | Alpharetta | GA | 30022 |
| Whittaker | Rueben | 115-28 135th Street | S. Ozone Park | NY | 11420 |
| Wilkes | Kwane | 107-54 127th Street | Richmond Hill | NY | 11419 |

| Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Williams | Denisha | 5237-H Fox Hunt Drive | Greensboro | NC | 27407 |
| Williams | Jack L | 265 East 66th Street, Apt 24e | New York | NY | 10021 |
| Williams | Sheldon | 670 Crescent St | Brooklyn | NY | 11208 |
| Willis | Jodi-Ann | 157-09 129th Ave | Jamaica | NY | 11434 |
| Woodard | Mark | 101 Airlane Drive | Hookstown | PA | 15050 |
| Wopat | Heather A | 23-79 38th Street | Astoria | NY | 11105 |
| Zachary | Keisha | P.O. BOX 20953 | Brooklyn | NY | 11202 |
| Zino | Lisa M | 1215 9th Street | West Babylon | NY | 11704 |
| Zock | James | 80 Bookstaver Lane | Montgomery | NY | 12549 |
| Zulfiquar | Khan | 107 Brooklyn Ave. | W. Hempstead | NY | 11552 |
| Zuranski | Andrew | 998 Advent Road | Lake Ariel | PA | 18436 |